■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GRADY L. JOHNSON, Appellant. [887 NYS2d 924]—Appeal from a judgment of the Monroe County Court (Elma A. Bellini, J.), rendered October 21, 2005. The judgment convicted defendant, upon his plea of guilty, of criminal contempt in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Hurlbutt, Green, Pine and Gorski, JJ.